**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

-vs-                                                                          Case No.  8:01-cr-277-T-24EAJ

STEVE RAY MIRANDA,

_____/

**O R D E R**

This cause comes before the Court for consideration of the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. No. 70).  The Government moves for a reduction in Defendant Miranda's sentence based on his substantial assistance.  A hearing on the Government's motion was held February 2, 2006 with counsel for the Government and Defendant Miranda present.

Upon consideration, it is **ORDERED AND ADJUDGED** that the Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. No. 70) is **GRANTED**.  Defendant Miranda is sentenced to a total term of twenty-seven (27) months as to Count I and nineteen (19) months as to Count II, to run consecutive to Count I.  The Clerk is directed to enter an amended judgment and sentence.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of February, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record